**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[additional counsel on signature page]

*Lead Counsel for Lead Plaintiffs and the proposed Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AKARI THERAPEUTICS PLC SECURITIES LITIGATION | 17 Civ. 3577 (KPF) <br><br> <u>CLASS ACTION</u> |

## LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
## <u>FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT</u>

PLEASE TAKE NOTICE that on November 28, 2018 at 2:00 p.m. in Courtroom 618 of

the Thurgood Marshall Courthouse, United States District Court for the Southern District of New

York, located at 40 Foley Square, New York, New York 10007, or as soon thereafter as the parties

can be heard, Lead Plaintiffs will and hereby do move the Court, the Honorable Katherine Polk

Failla for final approval of the proposed class action.

This motion is based upon this notice of motion and motion, the accompanying

memorandum of law, the accompanying Declaration of Phillip Kim In Support of Lead Plaintiffs'

Motions For: (1) Final Approval of Proposed Class Action Settlement; and (2) Award of Counsel

Fees, Reimbursement of Expenses, and Award to Lead Plaintiffs, the exhibits attached thereto,

and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

Dated:  October 31, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Phillip Kim
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

and

Leah Heifetz
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: lheifetz@rosenlegal.com

*Lead Counsel for Lead Plaintiffs and the proposed Class*

**POMERANTZ LLP**

Jeremy A. Lieberman
Murielle J. Steven Walsh
Aatif Iqbal
600 Third Avenue, Floor 20
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com
Email: mjsteven@pomlaw.com
Email: aiqbal@pomlaw.com

*Additional Counsel for Lead Plaintiffs and the proposed class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 31, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Phillip Kim</u>